UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Eastern Division)

| In re:              |   Chapter 7          |
| BRENDAN J MCENANEY, |   No. 08-14585-JNF   |
|           Debtor.   |                      |

### Chapter 7 Trustee's Objections To Proofs Of Claim

John J. Aquino, the duly appointed Chapter 7 trustee (the "Trustee") of Brendan J McEnaney, the debtor herein (the "Debtor"), pursuant to 11 U.S.C. §502(a) and Fed.R.Bankr.P. 3007, hereby objects to allowance of certain claims filed in the above-captioned case. In support of these objections, the Trustee respectfully represents the following:

### Preliminary Statement

A.   On June 24, 2008 (the "Petition Date"), the Debtor commenced this case by filing a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code, 11 U.S.C. §101 *et seq.* (the "Bankruptcy Code"). Thereafter, the Trustee was appointed Chapter 7 trustee over the Debtor's estate by the United States Trustee for the District of Massachusetts and the Trustee continues to serve as Chapter 7 trustee.

B.   Pursuant to an order of this Court, the deadline for the filing of proofs of claim in this case was January 4, 2010.

C.   The Trustee has reviewed all of the proofs of claim filed in this case and asserts objections to certain claims, as follows:

### Objections

**First Resolution Investment Corp. (Claim No. 1)**   The Trustee objects to Claim No. 1, filed on behalf of First Resolution Investment Corp. as a pre-petition general unsecured claim in the

1

amount of $5,004.23. As grounds for this objection, the Trustee states that the proof of claim is duplicative in all respects to the proof of claim filed by the same creditor on December 31, 2009, which was designated Claim No. 2 by the Clerk of the Court. It is clear from a review of the documents that both proofs of claim relate to the same obligation. The Trustee has filed this objection to to avoid allowance of multiple claims on account of a single obligation by the Debtor, as allowance of both claims would result in multiple recoveries on account of the same debt, to the detriment of other creditors of the Debtor's estate.

Proposed Disposition. Based on the foregoing, Claim No. 1, filed on behalf of First Resolution Investment Corp., should be disallowed in its entirety.

Respectfully submitted,

John J. Aquino, Chapter 7 Trustee

By his attorneys,

/s/ John J. Aquino
John J. Aquino (BBO#563260)
Anderson Aquino LLP
240 Lewis Wharf
Boston, MA 02110
(617) 723-3600
jja@andersonaquino.com

Dated:   January 9, 2010